| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In Re:<br><br>Marino Garcia |

Order Filed on November 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 10-20331

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On __10/6/2021__, an application was filed for the Claimant(s), __Marino Garcia__, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ __880.00__ held in unclaimed funds be made payable to __Marino Garcia__ and be disbursed to the payee at the following address:

__5 Madison St Apt 3__

__Paterson NJ 07501__

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 10-20331-NLW |
| Marino Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marino Garcia, 9-13 Madison Avenue, 2nd Floor, Paterson, NJ 07501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2005-2 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Dionne L. Wade | on behalf of Debtor Marino Garcia dionnewade@optonline.net |
| Kim R. Lynch | on behalf of Interested Party Norman Barna klynch@formanlaw.com kanema@formanlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 4